COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# MEMORANDUM ORDER

Cause number and style:      01–10–00933–CV; *Amanda Jones and David Jones v. Foundation Surgery Affiliates of Brazoria County d/b/a Brazoria County Surgery Center and Brazoria County Surgery Center*

Date motions filed:      January 10, 2013

Type of motions:      Motion to extend time to file a motion for rehearing

Party filing motion:      Appellees

On January 10, 2013, appellees requested that we extend the time to file a motion for rehearing until January 28, 2013. The motion is granted. The motion for rehearing is due January 28, 2013.

Judge's signature: /s/ Evelyn V. Keyes
         Acting individually

Date: January 25, 2013